UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :        INDICTMENT

            - v. -                  :        07 Cr. _____

DIONIS LUZON-DIAZ,                  :
        a/k/a "Dionis Luzon,"                **07 CRIM  962**

                                    :

            Defendant.              :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about May 2007, up to and including on or about August 15, 2007, in the Southern District of New York and elsewhere, DIONIS LUZON-DIAZ, a/k/a "Dionis Luzon," the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction in or about August 1997, in New York Supreme Court, Westchester County, for criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39, and without having obtained the express consent of the Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __OCT 1 7 2007__

General of the United States, or his successor, the Secretary for

Homeland Security, to reapply for admission.

   (Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____          _____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DIONIS LUZON-DIAZ,
a/k/a "Dionis Luzon,"

Defendant.

## INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

10/17/07 Filed Indictment. A/W issued. Case assigned
to Judge Chin                                    Pitman
                                                 U.S. M.J.